Charles H. Albers, appellee, v. Herman F. Redeker et al., defendants. Mina Redeker, appellant. Gen. No. 39,836.

Opinion filed May 3, 1938.

H. J. Thal, for appellant. Chetlain & Chetlain, for appellee; Philip W. Yager, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

August Fendrich and Reinhold Fendrich, appellants, v. Charles Koziol and Charles Koziol, Jr., appellees. Gen. No. 39,880.

Opinion filed May 3, 1938.

M. J. Myer, for appellants. John J. Flanagan, for appellees.

Mr. Presiding Justice Friend delivered the opinion of the court.

Thelma Roberts Campbell, appellee, v. Horace Brand Building Corporation et al., defendants. Appeal of Horace Brand Building Corporation, appellant. Gen. No. 39,362.

Opinion filed May 3, 1938.

Schein & Beckwith, for appellant. George E. Wickens and Franklin D. Trueblood, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.